**Order entered March 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01512-CV

### ESMERALDA ESTEVEZ, Appellant

### V.

### LEADER FINANCIAL SERVICES ET AL., Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-01960**

## ORDER

The reporter's record in this case has not been filed. By letter dated November 25, 2013, we informed appellant the Court Reporter had notified us that the reporter's record had not been filed because appellant had not (1) requested the record; or (2) paid for or made arrangements to pay for the record. We directed appellant to provide the Court with written verification she had requested the record and had paid for or made arrangements to pay for the record, or had been found entitled to proceed without payment of costs. We cautioned appellant that failure to provide the required documentation within ten days might result in the appeal being ordered submitted without the reporter's record. To date, appellant has not provided the required documentation or otherwise corresponded with the Court regarding the status of the reporter's

record.  Therefore, we **ORDER** this appeal submitted without a reporter's record.  Appellant's

brief is due **THIRTY DAYS** from the date of this order.


/s/     CAROLYN WRIGHT
          CHIEF JUSTICE